UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

Jesse Wall, Treaty Holder Ambassador Judicial Officer, Appellant

v.

United States; District of Columbia, et al., Appellees

Case No. 25-5103

**APPELLANT'S MOTION TO ACCEPT DEFERRED APPENDIX STATEMENT AS TIMELY OR TO LIBERALLY CONSTRUE PRO SE FILING AS COMPLIANT BE RULED ON TO ALLOW**

Appellant Jesse Wall, proceeding *pro se* and *in forma pauperis*, respectfully moves this Honorable Court to accept the filing of the Deferred Appendix Statement as timely, or in the alternative, to **liberally construe** Appellant's filing under the standards applicable to *pro se* litigants, consistent with *Haines v. Kerner*, 404 U.S. 519 (1972), and its progeny.

On March 31, 2025, Appellant contacted the Clerk of Court by email, the same office that processed the notice of appeal, to request procedural clarification and instructions regarding the Deferred Appendix Statement. This request was made in good faith and in reliance on the administrative process, and it reflects Appellant's diligent efforts to comply with appellate rules under limited access and legal resources.

Given the complexity of appellate procedure and Appellant's *pro se* status, the Court is respectfully asked to **treat the Deferred Appendix Statement as timely filed**, or in the alternative, **interpret it as substantial compliance** with Rule 30 of the Federal Rules of Appellate Procedure and any corresponding local rules.

Respectfully submitted,
**Jesse Wall**
Treaty Holder, Ambassador Judicial Officer
Appellant, *Pro Se*

*[signature]* 05/14/2025